IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE    James and Maria Sprain | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.: 10-62790 |
| | ) | |
| | ) | JUDGE Russ Kendig |
| Debtor(s) | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF ATTORNEY** |

NOTICE

Now comes Maurice E. Graham, attorney for Debtor(s) James and Maria Sprain, to replace Attorney Y. Eric Holtz, as the Debtors attorney of record. Now taking over the responsibilities for this Debtor with his permission is Maurice E. Graham.

Respectfully Submitted,

/s/ Maurice E. Graham_____
Maurice E. Graham (0072205)
Graham & Associates Law Offices, LLC
333 S. Main Street, Suite 601
Akron, OH   44308
(330) 253-6264
(330) 253-6265 (Fax)
Email: grahamlawoffice1@att.net

# CERTIFICATE OF SERVICE

I certify that on September 29, 2013, a true and correct copy of this Notice of Substitution of Attorney was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Toby L. Rosen on behalf of the Chapter 13 Trustee's office at jbryan@chapter13canton.com

    Office of the U.S. Trustee at USTP.Region09@usdoj.gov

And by regular U.S. mail, postage prepaid, to:

    James and Maria Sprain
    325 Catawba Ave
    Doylestown, OH 44230

    **Creditors:**

    And all Parties on the Attached List.

    /s/ Maurice E. Graham, Esq.
    Maurice E. Graham, (0072205)

| | | |
|---|---|---|
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | BAC Home Loans/Countrywide<br>450 American St #SV416<br>Simi Valley, CA 93065 | Bank of America<br>Po Box 17054<br>Wilmington, DE 19850 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899 | Best Buy<br>PO Box 5238<br>Carol Stream, IL 60197-5238 | BP Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citi Cards<br>PO Box 183068<br>Columbus, OH 43218-3058 |
| Discover Card<br>PO Box 15251<br>Wilmington, DE 19886-5251 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | First Merit Bank<br>106 S. Main Street<br>Akron, OH 44308 |
| GE Capital<br>PO Box 981491<br>El Paso, TX 79998 | GE/JC Penney<br>P.O. Box 981131<br>El Paso, TX 79998 | GEMB/Old Navy<br>PO Box 981400<br>El Paso, TX 79998 |
| GEMB/Sam's Club<br>PO Box 981400<br>El Paso, TX 79998 | GEMB/Walmart<br>PO Box 981400<br>El Paso, TX 79998 | Global Client Solutions LLC<br>4500 South 129th East Avenue<br>Suite 177<br>Tulsa, OK 74134 |
| HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | Javitch, Block & Rathbone<br>1100 Superior Ave., 18th Floor<br>Cleveland, OH 44114-2518 | Macy's<br>PO Box 8118<br>Mason, OH 45040 |
| NCO Financial<br>PO Box 4907<br>Trenton, NJ 08650 | The Law Offices of Craig<br>Zimmerman<br>PO Box 15242<br>Santa Ana, CA 92735 | Thomas & Thomas<br>Cincinnati Metro Office<br>2323 Park Avenue<br>Cincinnati, OH 45206 |
| Universal Card/ Citi Bank<br>PO Box 6241<br>Sioux Falls, SD 57117 | Zwicker & Associates, PC<br>800 Federal Street<br>Andover, MA 01810-1041 | |